No. 84–2031. MEIRI v. DACON ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–2033. HAMMOND v. RAPIDES PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 84–2036. EL SHAHAWY v. SARASOTA COUNTY PUBLIC HOSPITAL BOARD. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 84–6422. BRITT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6427. CARSON v. SPANISH LAKE ASSN. ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–6444. McMULLEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6465. RUTH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 84–6477. MAULDIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6487. HUTCHINGS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6501. McALLISTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6506. BEWLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 84–6509. KEITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6510. KEMP v. UNITED STATES;
No. 84–6541. MERIDA v. UNITED STATES;
No. 84–6561. TOLER v. UNITED STATES;
No. 84–6585. BARNHILL v. UNITED STATES; and
No. 84–6592. TAYLOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 762 F. 2d 995.

No. 84–6513. DIXON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6516. WILLIAMS v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.